Approved.
/s/ *Benita Y. Pearson* on 8/16/2017
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY f/k/a STONEWALL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br> v.<br><br>GOODYEAR TIRE & RUBBER COMPANY,<br><br>    Defendant. | JURY TRIAL DEMANDED<br><br>Civil Action No. 5:17-cv-00714<br><br>JUDGE BENITA PEARSON<br><br>**AMENDED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

While the parties were conducting settlement negotiations, Plaintiff Berkshire Hathaway Specialty Insurance Company, formerly known as Stonewall Insurance Company, dismissed this lawsuit "without prejudice."  The parties have now settled this matter and, as part of the settlement, it was agreed that this case would be dismissed "with prejudice."  Therefore, pursuant to Rule 41(a)(1)(A)(i) of Federal Rules of Civil Procedure, Plaintiff and its counsel hereby give notice that Plaintiff voluntarily dismisses its claims against the defendant with prejudice.

            Respectfully submitted,

            /s/ *John G. Farnan*_____
            John G. Farnan (0038558)
            Weston Hurd LLP
            1301 East 9th Street, Suite 1900
            Cleveland, Ohio 44114-1862
            (T) 216.241.6602 (F) 216.621.8369

            Shane R. Heskin (*pro hac vice*)
            White and Williams LLP
            1650 Market Street
            One Liberty Place, Suite 1800
            Philadelphia, PA 19103-7395
            (215) 864-6205
            ***Attorneys for Berkshire Hathaway Specialty Insurance Company***

## CERTIFICATE OF SERVICE

This is to certify that on July 25, 2017, the foregoing instrument was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *John G. Farnan*
**JOHN G. FARNAN**